UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO JR.,

                Plaintiff,

-against-                        20-CV-0774 (CM)

IN NEED OF NEW NAME EMERGE.        CIVIL JUDGMENT
ASSETS, PROPERTY, BUSNESSE, MONEY,
TO NEW NAME FOR PROTECTION,

                Defendant.

Pursuant to the order issued February 4, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 4, 2020
           New York, New York

                                                  COLLEEN McMAHON
                                          Chief United States District Judge